# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUMMERLIN SPECIALISTS, INC., A
NEVADA CORPORATION; AND JOHN
C. WEST, AN INDIVIDUAL,

        Appellants,

vs.

WESLEY P. SMITH, AN INDIVIDUAL;
AND AS TRUSTEE OF THE SMITH
AND OTTO REVOCABLE TRUST,
DATED AUGUST 2, 2000,

        Respondents.

No. 77059

**FILED**

FEB 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Ara H. Shirinian, Settlement Judge
       Solomon Dwiggins & Freer, Ltd.
       Greene Infuso, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

19-05657